**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRITTANY BLUE, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No.: 2:26-cv-2246 |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| COUNTY OF WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

AND NOW, comes the Defendant, County of Warren, by and through its counsel, MARSHALL DENNEHEY, P.C. and TERESA O. SIRIANNI, ESQUIRE, and files the within Notice of Removal of Civil Action from the Court of Common Pleas of Warren County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania, representing as follows:

1. Plaintiff, Brittany Blue filed a lawsuit in the Court of Common Pleas of Warren County, Pennsylvania against County of Warren on September 28, 2026. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

2. Plaintiff's Complaint was served on County of Warren on October 1, 2026.

3. Count I of Plaintiff's Complaint asserts a claim for violations of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101, *et seq.* ("ADA").

4. Count II of Plaintiff's Complaint asserts a claim for violations of the Pennsylvania Human Relations Act, 43 P.S. § 955 ("PHRA").

5. Based on the claims raised in Plaintiff's Complaint under the ADA, this Court has original jurisdiction of Plaintiff's claims pursuant to 28 U.S.C. §1331 and §1343. Accordingly, this lawsuit is removed from state court to this Honorable Court by notice pursuant to 28 U.S.C. §1441 and §1446.

6. This Notice of Removal is timely and filed within thirty (30) days of service. 28 U.S.C. § 1446(b).

7. A copy of the Warren County docket is attached hereto as Exhibit "B."

8. The documents filed in the state court action are: Plaintiff's Complaint (attached hereto as Exhibit "A") and Defendant's Praecipe for Entry of Appearance (attached hereto as Exhibit "C").

9. Written notice of the filing of this Notice of Removal has been given to the adverse party in accordance with 28 U.S.C. §1446(d).

10. Immediately following the filing of this Notice of Removal, Defendant filed a copy of a Notice of Filing of Notice of Removal with the Prothonotary of the Court of Common Pleas of Warren County, Pennsylvania where the state court action was pending as required by 28 U.S.C. §1446(d). A true and correct copy of Defendant's Notice of Filing of Notice of Removal is attached hereto and marked as Exhibit "D."

WHEREFORE, Defendant respectfully requests the removal of this action from the Court of Common Pleas of Warren County, Pennsylvania to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY: ______________________________

TERESA O. SIRIANNI, ESQUIRE
PA ID #90472
tosirianni@mdwcg.com
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
(412) 803-1140
(412) 803-1188/fax
**Counsel for Defendant,**
**County of Warren**