09101610132026 **Warren County** Page 1
PYSPRT **Civil Case Detail Report** 10/13/2026

**Case No...........** 2026-00420 BRITTANY BLUE (vs) WARREN COUNTY

**Reference No......**
**Case Type.........** CONTRACT - EMPLOYMENT
**Judgment..........** $.00
**Judge Assigned....**
**Disposed Desc.....**
------------ **Case Comments** -----------

**Filed..........** 9/28/2026
**Time...........** 11:32
**Execution Date.** 0/00/0000
**Jury Trial.....**
**Disposed Date..** 0/00/0000
**Higher Crt 1...**
**Higher Crt 2...**

*************************************************************************************************

**++ GENERAL INDEX ++**

| Indexed Party | | Attorney Info |
|---|---|---|
| BLUE BRITTANY<br>IRVINE, PA 00000 | PLAINTIFF | MCNAIR TIMOTHY D<br>821 STATE STREET<br>ERIE, PA 16501 |
| COUNTY OF WARREN<br>WARREN, PA 16365 | DEFENDANT | SIRIANNI TERESA O.<br>UNION TRUST BUILDING, STE 700<br>501 GRANT STREET<br>PITTSBURGH, PA 15219 |

*************************************************************************************************

**++ DOCKET ENTRIES ++**

| Date | Entry Text |
|---|---|
| | - - - - - - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - - - - - |
| 9/28/2026 | COMPLAINT IN CIVIL ACTION WITH NOTICE TO DEFEND FILED ON BEHALF OF THE PLAINTIFF BY TIMOTHY D. MCNAIR, ESQ. |
| 10/02/2026 | SHERIFF'S RETURN OF SERVICE OF COMPLAINT SERVED UPON COUNTY OF WARREN, AT THE PLACE OF BUSINESS, 204 FOURTH AVENUE, WARREN, WARREN COUNTY, PENNSYLVANIA, ON OCTOBER 1, 2026 AT 8:55 A.M. BY HANDING TO AND LEAVING WITH PAM MATVE, CHIEF CLERK, AND DAN GLOTZ, COMMISSIONER, A CERTIFIED COPY WITH NOTICE TO PLEAD BY CHIEF DEPUTY SHERIFF CHARLES FETZECK.<br>SO ANSWERS,<br>/S/ SCOTT J. NEISWONGER, SHERIFF WARREN COUNTY<br>SHERIFF'S COST $45.00 |
| 10/08/2026 | PRAECIPE FOR ENTRY OF APPEARANCE FILED ON BEHALF OF DEFENDANT BY TERESA O. SIRIANNA, ESQ. |
| | - - - - - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - - - - - |

*************************************************************************************************

**++ Escrow Information ++**

| Cost / Fee | Beg. Balance | Pymts/Adjmts | End. Balance |
|---|---|---|---|
| TAX ON CMPLT | $.50 | $.50 | $.00 |
| CLE | $5.00 | $5.00 | $.00 |
| JCP | $41.25 | $41.25 | $.00 |
| COMP AUTO FEE | $5.00 | $5.00 | $.00 |
| COMPLAINT | $85.00 | $85.00 | $.00 |
| | $136.75 | $136.75 | $.00 |

*************************************************************************************************

**End of Case Information**

EXHIBIT B