**IN THE COURT OF COMMON PLEAS OF WARREN COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| BRITTANY BLUE, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | Case No.: 2026-420 |
| | ) | |
| v. | ) | |
| | ) | Code: |
| COUNTY OF WARREN, | ) | |
| | ) | |
| Defendant. | ) | **PRAECIPE FOR ENTRY OF APPEARANCE** |
| | ) | |
| | ) | FILED ON BEHALF OF: **Defendant, County of Warren** |
| | ) | |
| | ) | COUNSEL OF RECORD FOR THIS PARTY: |
| | ) | |
| | ) | **Teresa O. Sirianni, Esquire**<br>PA ID #90472<br>tosirianni@mdwcg.com |
| | ) | |
| | ) | **MARSHALL DENNEHEY, P.C.**<br>Union Trust Building, Suite 700<br>501 Grant Street<br>Pittsburgh, PA 15219<br>(412) 803-1140<br>(412) 803-1188/fax |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |



EXHIBIT C

**IN THE COURT OF COMMON PLEAS OF WARREN COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| BRITTANY BLUE, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | Case No.: 2026-420 |
| | ) | |
| v. | ) | |
| | ) | Code: |
| COUNTY OF WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

## PRAECIPE FOR ENTRY OF APPEARANCE

**TO THE PROTHONOTARY:**

Kindly enter the appearance of MARSHALL DENNEHEY, P.C. and TERESA O. SIRIANNI, ESQUIRE, on behalf of Defendant, County of Warren, in connection with the above-captioned matter.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY: ______________________________

TERESA O. SIRIANNI, ESQUIRE
PA ID #90472
tosirianni@mdwcg.com
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
(412) 803-1140
(412) 803-1188/fax
**Counsel for Defendant,**
**County of Warren**

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Defendant, County of Warren

Signature: ______________________

Name: Teresa O. Sirianni

Attorney No. (if applicable): 90472

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Praecipe for Entry of Appearance** has been served upon the following known counsel of record this 2nd day of October, 2026, via electronic mail and/or US First-Class Mail, postage prepaid:

Timothy D. McNair, Esquire
McNair Law Offices, PLLC
821 State Street
Erie, PA 16501
tmcnair@mcnairlaw.com
**(Counsel for Plaintiff)**

**MARSHALL DENNEHEY, P.C.**

TERESA O. SIRIANNI, ESQUIRE
**Counsel for Defendant,**
**County of Warren**