**IN THE COURT OF COMMON PLEAS OF WARREN COUNTY, PENNSYLVANIA**

| | |
|---|---|
| BRITTANY BLUE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF WARREN,<br><br>Defendant. | CIVIL DIVISION<br><br>Case No.: 2026-420<br><br>Code:<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL**<br><br>FILED ON BEHALF OF:<br>**Defendant, County of Warren**<br><br>COUNSEL OF RECORD FOR THIS PARTY:<br><br>**Teresa O. Sirianni, Esquire**<br>PA ID #90472<br>tosirianni@mdwcg.com<br><br>**MARSHALL DENNEHEY, P.C.**<br>Union Trust Building, Suite 700<br>501 Grant Street<br>Pittsburgh, PA 15219<br>(412) 803-1140<br>(412) 803-1188/fax<br><br>**JURY TRIAL DEMANDED** |

**IN THE COURT OF COMMON PLEAS OF WARREN COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| BRITTANY BLUE, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | Case No.: 2026-420 |
| | ) | |
| v. | ) | |
| | ) | Code: |
| COUNTY OF WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1446, you are hereby notified that Defendant County of Warren has on this date filed a Notice of Removal of this action from the Court of Common Pleas of Warren County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania. A copy of the Notice of Removal is attached as Exhibit “A.”

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY: ______________________________

TERESA O. SIRIANNI, ESQUIRE
PA ID #90472
tosirianni@mdwcg.com
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
(412) 803-1140
(412) 803-1188/fax
**Counsel for Defendant,**
**County of Warren**

# CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Defendant, County of Warren

Signature: ______________________

Name: Teresa O. Sirianni

Attorney No. (if applicable): 90472

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Filing of Notice of Removal** has been served upon the following known counsel of record this 16th day of October, 2026, via electronic mail and/or US First-Class Mail, postage prepaid:

Timothy D. McNair, Esquire
McNair Law Offices, PLLC
821 State Street
Erie, PA 16501
tmcnair@mcnairlaw.com
**(Counsel for Plaintiff)**

**MARSHALL DENNEHEY, P.C.**

TERESA O. SIRIANNI, ESQUIRE
**Counsel for Defendant,**
**County of Warren**



EXHIBIT D