**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRITTANY BLUE, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No.: 2:26-cv-2246 |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| COUNTY OF WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

**DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, County of Warren, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY: ______________________________

TERESA O. SIRIANNI, ESQUIRE
PA ID #90472
tosirianni@mdwcg.com
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
(412) 803-1140
(412) 803-1188/fax
**Counsel for Defendant,**
**County of Warren**